## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

12 JUN -8 PM 12: 58

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RODOLFO AGUILAR-GALENO,

Defendant.

CASE NO. 10CR2995-DMS

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_____   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__X__   the Court has dismissed the case without prejudice following remand

_____   the Court has granted the motion of the Government for dismissal without prejudice; or

_____   the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

_____   a jury has been waived, and the Court has found the defendant not guilty; or

_____   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) as charged in the Information:

__8 USC 1326 (a) and (b)_____

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:   JUNE 8, 2012

_____

Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE